IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY, an Illinois corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation,<br><br>                              Plaintiffs,<br><br>v.<br><br>STOCK ROOFING, INCORPORATED, a Minnesota corporation; HEIDERSCHEID BROTHERS CONSTRUCTION, INCORPORATED, a Minnesota corporation; FOUR SEASONS ROOFING AND SIDING, INCORPORATED, a Minnesota corporation; ALLSTAR CONSTRUCTION, INCORPORATED, a Minnesota corporation; COLUMBUS EXTERIORS, INCORPORATED, a Minnesota corporation; CASTLE CONSTRUCTION SERVICES LIMITED LIABILITY COMPANY, individually and d/b/a CASTLE ROOFING AND SIDING, a Minnesota corporation and INNSBRUCK VILLAGE ASSOCIATION, a Minnesota nonprofit corporation,<br><br>                              Defendants. | Civil No.:  04-5125 (RHK/JSM)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS CASTLE CONSTRUCTION SERVICES LIMITED LIABILITY COMPANY, ALLSTAR CONSTRUCTION, INC., COLUMBUS EXTERIORS, INC.,  HEIDERSCHEID BROTHERS CONSTRUCTION, INCORPORATED AND FOUR SEASONS ROOFING AND SIDING, INCORPORATED** |

Based upon the Stipulation for Dismissal with Prejudice entered into by the Parties and Notice of Dismissal of claims, and based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Castle Construction Services Limited Liability Company, Allstar Construction, Inc., Columbus Exteriors, Inc., Heiderscheid Brothers Construction, Incorporated and Four Seasons Roofing and Siding, Incorporated are

hereby dismissed with prejudice and with each party to bear their own costs.  Plaintiffs' claims against the remaining Defendants in this action are not affected by this dismissal.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 20, 2005

                                                 s/Richard H.Kyle  
                                                 RICHARD H. KYLE  
                                                 United States District Judge